opinion. Concur—Ross, J. P., Milonas, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR VIETEZ, Also Known as OSCAR VIEITEZ, Appellant.— Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on March 9, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Milonas, Ellerin and Wallach, JJ.

(December 8, 1988)

■ In the Matter of PLATO'S CAVE CORPORATION, Respondent, v STATE LIQUOR AUTHORITY et al., Appellants.—Order of the Supreme Court, Bronx County (Barry Salman, J.), entered on April 21, 1987, which granted petitioner's application pursuant to CPLR article 78 to the extent of finding the determination of respondent State Liquor Authority directing the forfeiture of petitioner's compliance bond to be excessive and remanding the matter to the State Liquor Authority for imposition of a new penalty, is unanimously reversed on the law and the penalty imposed by respondent reinstated, without costs or disbursements.

Petitioner Plato's Cave Corporation was found guilty by respondent State Liquor Authority of having, on December 1, 1983, suffered or permitted gambling on its licensed premises in violation of subdivision (6) of section 106 of the Alcoholic Beverage Control Law. In that regard, one of respondent's investigators had discovered a Joker Poker machine operating in petitioner's establishment. The penalty imposed against petitioner was a 10-day deferred suspension of its license and forfeiture of its $1,000 compliance bond. The Supreme Court held that this penalty is excessive to the extent that it requires the bond forfeiture. We disagree for the reasons stated in this court's opinion in *Matter of Norwood Pub v State Liq. Auth.* (145 AD2d 322 [decided herewith]). Concur— Murphy, P. J., Sullivan, Carro and Milonas, JJ.

■ In the Matter of NORWOOD PUB, INC., Respondent, v STATE LIQUOR AUTHORITY et al., Appellants.—Order of the Supreme Court, Bronx County (Jack Turret, J.), entered on